JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE CREWS, | Case No.: 8:18-cv-01104-AG-DFM |
| Plaintiff, | District Judge: Andrew J. Guilford<br>Magistrate Judge: Douglas F. McCormick |
| vs. | **ORDER RE: DISMISSAL** |
| CITY OF BREA, and DOES 1 through 50, Inclusive, | **[Federal Rules of Civil Procedure, Rule 41(a)(1)(A)-(B)]** |
| Defendants. | |

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), that the above-captioned action be and hereby is dismissed, in its entirety, *with prejudice*, each party to bear its own fees and costs.

Dated: June 20, 2019   By: _____
UNITED STATES DISTRICT JUDGE

ORDER RE: DISMISSAL